IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** White, Sheryl Lynn | Case Number: 04 B 43655 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 11/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 26, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,950.00 | |
| Secured: | | 10,235.59 |
| Unsecured: | | 1,090.58 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 749.83 |
| Other Funds: | | 674.00 |
| Totals: | 14,950.00 | 14,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Capital One Auto Finance | Secured | 10,235.59 | 10,235.59 |
| 3. | World Financial Network Nat'l | Unsecured | 79.60 | 79.60 |
| 4. | Discover Financial Services | Unsecured | 641.38 | 641.38 |
| 5. | Capital One Auto Finance | Unsecured | 354.24 | 354.24 |
| 6. | Midwest Verizon Wireless | Unsecured | 15.36 | 15.36 |
| 7. | Citibank | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Comcast | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 12. | Lane Bryant | Unsecured | | No Claim Filed |
| 13. | SBC | Unsecured | | No Claim Filed |
| | | | $ 13,526.17 | $ 13,526.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 63.37 |
| 4% | 52.00 |
| 3% | 19.50 |
| 5.5% | 160.88 |
| 5% | 65.00 |
| 4.8% | 78.00 |
| 5.4% | 311.08 |
| | $ 749.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   White, Sheryl Lynn

Printed: 10/29/08

Case Number:  04 B 43655
Judge:  Goldgar, A. Benjamin
Filed:  11/24/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

